Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Deckers Outdoor Corporation*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>              Plaintiff,<br>     v.<br><br>OSITOS SHOES INC., a California Corporation; BETTY STONE, an individual and DOES 1-10, inclusive,<br><br>              Defendants. | CASE NO. 2:14-cv-02652-BRO-FFM<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the parties have reached a settlement in principle in the above-entitled action. The parties anticipate that settlement will be finalized and a Stipulation of Dismissal of the Action with Prejudice will be filed within fifteen (15) days of today's date. Thus, Plaintiff requests, without objection from Defendants, that this Court vacate the Scheduling Conference currently scheduled for November 10, 2014.

Dated: October 31, 2014    BLAKELY LAW GROUP

By:  /s/ Cindy Chan_____
Brent H. Blakely
Cindy Chan
*Attorneys for Plaintiff*
*Deckers Outdoor Corporation*